# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: Proteus Digital Health, Inc.

Case No. 20-11580
Reporting Period: June 15, 2020 - June 30, 2020

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
| Schedule of Professional Fees Paid | MOR-1b | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | X |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Lawrence R. Perkins
Signature of Authorized Individual

July 20, 2020
Date

Lawrence R. Perkins
Printed Name of Authorized Individual

Interim Chief Executive Officer
Title of Authorized Individual

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re Proteus Digital Health, Inc.                                 Case No. 20-11580
Debtor                                    Reporting Period: June 15, 2020 - June 30, 2020

## MONTHLY OPERATING REPORT

On June 15, 2020 (the "Petition Date"), Proteus Digital Health, Inc. (the "Debtor") filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware.

The accompanying schedules MOR-1 through MOR-5 are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

The Monthly Operating Report is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial statements have been derived from the books and records of the Debtor.  The information presented herein has not been subjected to all procedures that would typically be applied to financial information presented in accordance with U.S. GAAP.  Upon the application of such procedures, the financial information could be subject to changes, and these changes could be material.  The information furnished in this Monthly Operating Report includes normal recurring adjustments, but does not include all of the adjustments that would typically be made for interim financial statements in accordance with U.S. GAAP.

Given the complexity of the Debtor's business, inadvertent errors, omissions or over inclusions may have occurred. Accordingly, the Debtor hereby reserves all of its rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserves the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

In re: Proteus Digital Health, Inc.
Debtor

Case No. 20-11580
Reporting Period: June 15, 2020 - June 30, 2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 7306 | | | | 7306 | 7306 | 7306 | 7306 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 0 | 40 | 0 | 40 |
| ACCOUNTS RECEIVABLE | | | | | 0 | 0 | 0 | 0 |
| LOANS AND ADVANCES | | | | | 0 | 0 | 0 | 0 |
| SALE OF ASSETS | | | | | 0 | 0 | 0 | 0 |
| OTHER (ATTACH LIST) | 927 | | | | 927 | 914 | 927 | 914 |
| TRANSFERS (FROM DIP ACCTS) | | | | 669 | 669 | 669 | 669 | 669 |
| | | | | | 0 | 0 | 0 | 0 |
| TOTAL RECEIPTS | 927 | 0 | 0 | 669 | 1596 | 1623 | 1596 | 1623 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0 | | | | 0 | | | |
| PAYROLL TAXES | | | | | 0 | | 0 | 0 |
| SALES, USE, & OTHER TAXES | | | | | 0 | | 0 | 0 |
| INVENTORY PURCHASES | | | | | 0 | | 0 | 0 |
| SECURED/ RENTAL/ LEASES | | | | | 0 | | 0 | 0 |
| INSURANCE | 8.4 | | | | 8.4 | 5 | 8.4 | 5 |
| ADMINISTRATIVE | 110.8 | | | | 110.8 | 218 | 110.8 | 218 |
| SELLING | | | | | 0 | | 0 | 0 |
| OTHER (ATTACH LIST) | | | | | 0 | | 0 | 0 |
| | | | | | 0 | | 0 | 0 |
| OWNER DRAW * | | | | | 0 | | 0 | 0 |
| TRANSFERS (TO DIP ACCTS) | 669 | | | | 669 | 669 | 669 | 669 |
| | | | | | 0 | | 0 | 0 |
| PROFESSIONAL FEES | 25 | | | | 25 | | 25 | 0 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 0 | | 0 | 0 |
| COURT COSTS | | | | | 0 | | 0 | 0 |
| TOTAL DISBURSEMENTS | 813.2 | 0 | 0 | 0 | 813.2 | 892 | 813.2 | 892 |
| NET CASH FLOW | 113.8 | 0 | 0 | 669 | 782.8 | 731 | 782.8 | 731 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | 0 | | 0 | 0 |
| CASH - END OF MONTH | 7419.8 | 0 | 0 | 669 | 8088.8 | 8037 | 8088.8 | 8037 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS * | 813.2 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 669 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 144.2 |

*The Debtor will provide a schedule of cash disbursements to the Office of the United States Trustee upon request.

*(US$ in thousands)*

**In re: Proteus Digital Health, Inc.**
           **Debtor**

**Case No. 20-11580**
**Reporting Period: June 15, 2020 - June 30, 2020**

### BANK RECONCILIATIONS
#### Continuation Sheet for MOR-1

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | #5657 | | # | | # | | #5564 | #9460 |
| **BALANCE PER BOOKS** | 7419.8 | | | | | | 39.2 | 630 |
| | | | | | | | | |
| BANK BALANCE | 7419.8 | | | | | | 39.2 | 630 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | 7419.8 | 0 | 0 | 0 | 0 | 0 | 39.2 | 630 |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**In re: Proteus Digital Health, Inc.**

**Debtor**

**Case No. 20-11580**

**Reporting Period: June 15, 2020 – June 30, 2020**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Proteus Digital Health | | | Prosek LLC | ACH | 6/24/2020 | 25,000* | | 25,000* | |
| | | | | | | | | | |
| | | | | | | *Retainer Payment | | | |

**In re: Proteus Digital Health, Inc.**                     Case No. 20-11580
                                   **Debtor**                     Reporting Period: June 15, 2020 - June 30, 2020

## STATEMENT OF OPERATIONS
(Income Statement)

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0 | 0 |
| Less: Returns and Allowances | | 0 |
| Net Revenue | 0 | 0 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 2,157,804 | 2,157,804 |
| Add: Purchases | | 0 |
| Add: Cost of Labor | | 0 |
| Add: Other Costs (attach schedule) | | 0 |
| Less: Ending Inventory | 2,157,804 | 2,157,804 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | | 0 |
| Auto and Truck Expense | | 0 |
| Bad Debts | | 0 |
| Contributions | | 0 |
| Employee Benefits Programs | 88,575 | 88,575 |
| Insider Compensation* | 37,500 | 37,500 |
| Insurance | 27,469 | 27,469 |
| Management Fees/Bonuses | 272,860 | 272,860 |
| Office Expense | 2,106 | 2,106 |
| Pension & Profit-Sharing Plans | | 0 |
| Repairs and Maintenance | 11,953 | 11,953 |
| Rent and Lease Expense | 363,047 | 363,047 |
| Salaries/Commissions/Fees | 616,260 | 616,260 |
| Supplies | 4,455 | 4,455 |
| Taxes - Payroll | 36,247 | 36,247 |
| Taxes - Real Estate | | 0 |
| Taxes - Other | | 0 |
| Travel and Entertainment | | 0 |
| Utilities | 35,106 | 35,106 |
| Other (attach schedule) | 184,208 | 184,208 |
| Total Operating Expenses Before Depreciation | 1,679,787 | 1,679,787 |
| Depreciation/Depletion/Amortization | 128,348 | 128,348 |
| Net Profit (Loss) Before Other Income & Expenses | (1,808,135) | (1,808,135) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 927,000 | 927,000 |
| Interest Expense | 83,000 | 83,000 |
| Other Expense (attach schedule) | | 0 |
| Net Profit (Loss) Before Reorganization Items | (964,135) | (964,135) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | 0 |
| U. S. Trustee Quarterly Fees | | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | 0 |
| Gain (Loss) from Sale of Equipment | | 0 |
| Other Reorganization Expenses (attach schedule) | | 0 |
| Total Reorganization Expenses | | 0 |
| Income Taxes | | 0 |
| Net Profit (Loss) | (964,135) | (964,135) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re: Proteus Digital Health, Inc.**                          **Case No. 20-11580**
                              **Debtor**                          **Reporting Period: June 15, 2020 - June 30, 2020**

### STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| | | |
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Fees for Patent Filings and Renewals | 9,827 | 9,827 |
| Software Development Outsourced Consuling | 37,354 | 37,354 |
| Monthly Amortization of Prepaid Software | 122,027 | 122,027 |
| Oracle ERP support and license | 15,000 | 15,000 |
| | | |
| **Other Income** | | |
| Otsuka Transition Services June payment | 927,000 | 927,000 |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In re: Proteus Digital Health, Inc.
Debtor

Case No. 20-11580
Reporting Period: June 15, 2020 - June 30, 2020

## BALANCE SHEET

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 7,419,851 | 7,419,851 |
| Restricted Cash and Cash Equivalents (see continuation sheet)* | 669,231 | 669,231 |
| Accounts Receivable (Net) | | 0 |
| Notes Receivable | | 0 |
| Inventories | 2,157,804 | 2,157,804 |
| Prepaid Expenses | 2,741,386 | 2,741,386 |
| Professional Retainers | 206,922 | 206,922 |
| Other Current Assets (attach schedule) | | 0 |
| *TOTAL CURRENT ASSETS* | 13,195,194 | 13,195,194 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | 0 |
| Machinery and Equipment | 33,307,430 | 33,307,430 |
| Furniture, Fixtures and Office Equipment | 1,316,944 | 1,316,944 |
| Leasehold Improvements | 8,125,108 | 8,125,108 |
| Vehicles | | 0 |
| Less Accumulated Depreciation | -34,920,547 | -34,920,547 |
| *TOTAL PROPERTY & EQUIPMENT* | 7,828,934 | 7,828,934 |
| **OTHER ASSETS** | | |
| Loans to Insiders** | | 0 |
| Other Assets (attach schedule) | 1,985,578 | 1,985,578 |
| *TOTAL OTHER ASSETS* | 1,985,578 | 1,985,578 |
| | | |
| **TOTAL ASSETS** | $23,009,707 | $23,009,707 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 0 | 0 |
| Taxes Payable (refer to FORM MOR-4) | | 0 |
| Wages Payable | 2,334,328 | 2,334,328 |
| Notes Payable | | 0 |
| Rent / Leases - Building/Equipment | | 0 |
| Secured Debt / Adequate Protection Payments | | 0 |
| Professional Fees | | 0 |
| Amounts Due to Insiders** | | 0 |
| Other Postpetition Liabilities (attach schedule) | | 0 |
| *TOTAL POSTPETITION LIABILITIES* | 2,334,328 | 2,334,328 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 9,443,818 | 9,443,818 |
| Priority Debt | 625,234 | 625,234 |
| Unsecured Debt | 6,575,590 | 6,575,590 |
| *TOTAL PRE-PETITION LIABILITIES* | 16,644,642 | 16,644,642 |
| | | |
| *TOTAL LIABILITIES* | 18,978,969 | 18,978,969 |
| *OWNER EQUITY* | | |
| Capital Stock | 483,638,200 | 483,638,200 |
| Additional Paid-In Capital | 35,971,107 | 35,971,107 |
| Partners' Capital Account | | 0 |
| Owner's Equity Account | | 0 |
| Retained Earnings - Pre-Petition | (514,417,315) | (514,417,315) |
| Retained Earnings - Postpetition | (964,135) | (964,135) |
| Adjustments to Owner Equity (attach schedule) | | 0 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | 0 |
| *NET OWNER EQUITY* | 4,227,858 | 4,227,858 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $23,206,827 | $23,206,827 |

*Professional Fee Trust Account and Utility Account

**"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Proteus Digital Health, Inc.               Case No. 20-11580
        Debtor                             Reporting Period: June 15, 2020 - June 30, 2020

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| Other Assets | | |
| Redwood City Space Security Deposit | 1,784,765.44 | |
| Hayward Space Security Deposits | 141,382.79 | |
| Hayward PG&E deposit | 59,430.00 | |
| | | |
| | | |
| **LIABILITIES AND OWNER EQUITY** | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |

In re: Proteus Digital Health, Inc.              Case No. 20-11580
         Debtor                      Reporting Period: June 15, 2020 - June 30, 2020

## STATUS OF POSTPETITION TAXES

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | | | | | | |
| Wages Payable | 2,334,328 | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 2,334,328 | | | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Proteus Digital Health, Inc.                          Case No. 20-11580
                      Debtor                          Reporting Period: June 15, 2020 - June 30, 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 | |
| + Amounts billed during the period | $927,000 | |
| - Amounts collected during the period | $927,000 | |
| Total Accounts Receivable at the end of the reporting period | 0 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | 0 | |
| 31 - 60 days old | 0 | |
| 61 - 90 days old | 0 | |
| 91+ days old | 0 | |
| Total Accounts Receivable | 0 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | 0 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

# Silicon Valley Bank ›
A Member of SVB Financial Group

## Deposit Account                                                    As of 06/30/2020
**Account:** ▮▮▮▮5657-Proteus Digital Health, Inc. - DEBTOR-IN-POSSESSION

| Account Summary | Amount |
|---|---|
| Opening Ledger Balance | $ 7,419,935.50 |
| Opening Available Balance | $ 7,419,935.50 |
| Total Debits ( 1 ) | $ 86.31 |
| Total Credits ( 1 ) | $ 2.05 |
| 1 Day Float | $ 0.00 |
| 2 or More Days Float | $ 0.00 |
| Closing Ledger Balance | $ 7,419,851.24 |
| Closing Available Balance | $ 7,419,851.24 |

### Detail Credit Transactions

| Date | Transaction Description | Bank Ref# | Cust Ref# | Amount |
|---|---|---|---|---|
| 06/30/2020 | INT TRANSFER FROM ▮▮▮2836 | 1 | 0 | $ 2.05 |

### Detail Debit Transactions

| Date | Transaction Description | Bank Ref# | Cust Ref# | Amount |
|---|---|---|---|---|
| 06/30/2020 | MBI SETL MED-I-BANK MED-I-BANK | 70760 | 0 | $ 86.31 |

Transactions - All transactions -- CSV Statement Equivalent
Requested Date:                                    From: 06/16/2020        To: 06/30/2020
Generated On:                                      07/01/2020 07:31:55 PT

Account: ▮▮▮▮5564 - Proteus Digital Health         Inc. - UTILITY
Transaction Date                                   Account Summary         Amount
                                   6/22/2020 Opening Ledger:                       0
                                             Total Credits:            39,230.77
                                             Total Debits:                     0
                                   6/30/2020 Closing Ledger:           39,230.77


Detail Credit Transactions
Transaction Date                          Description        Amount      Bank Ref#   Customer Ref. #   Text
                                   6/23/2020 BOOK TRANSFER CREDIT   39,230.77   8962511                    0 Per A. Fanse 6-23-20 Fund acctFROM ACCOUNT ▮▮▮▮5657